DOWNEY BRAND LLP
SALLIE B. ARMSTRONG (Bar No. 1243)
JAMIE P. DREHER (Bar No. 8794)
100 West Liberty Street, Suite 900
Reno, NV 89501
Telephone: (775) 329-5900
Facsimile: (775) 786-5443

Attorneys for Plaintiff
*Randy Soule*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>HIGH ROCK HOLDING, LLC,<br><br>Debtor, | Case No. BK-N-09-53989-GWZ<br>Chapter Number: 11<br><br>Adv. No. 11-05073 |
| RANDY SOULE,<br><br>Plaintiff,<br><br>v.<br><br>HIGH ROCK HOLDING, LLC, a Nevada limited liability company; and GRANITE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Defendants. | **STIPULATION FOR DISMISSAL** |

Plaintiff Randy Soule ("Mr. Soule") and Defendants High Rock Holding, LLC ("High Rock"), and Granite Investment Group, LLC ("Granite"), through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, as follows:

1. Mr. Soule initiated this adversary proceeding by filing his Complaint for: (1) Breach of Obligation; (2) Unjust Enrichment; (3) Injunctive Relief; (4) Declaratory Relief; and

///

(5) Allowance of Claim (the "Complaint") [Doc. 258, High Rock Bankruptcy Proceeding] on July 25, 2011 (the "Adversary Proceeding").

2. Mr. Soule filed a Motion for Partial Summary Judgment on December 19, 2011 [Doc 20, Adversary Proceeding]. On January 30, 2012, Mr. Soule, High Rock and Granite entered into a Stipulation Resolving Motion for Partial Summary Judgment (the "Stipulated Summary Judgment") [Doc 25, Adversary Proceeding].

3. The Court entered Partial Summary Judgment against High Rock and Granite pursuant to the Stipulated Summary Judgment on January 31, 2012 [Doc 26, Adversary Proceeding].

4. Defendants filed their own Motion for Partial Summary Judgment ("Defendants' Motion for Partial Summary Judgment") on July 26, 2012 [Doc 49, Adversary Proceeding] seeking a determination that High Rock and Granite were not jointly and severally liable to Mr. Soule as alter egos of one another.

5. Defendants' Motion for Partial Summary Judgment was fully briefed and argued at a hearing on September 27, 2012. The Court issued an order granting Defendants' Motion for Partial Summary Judgment on December 6, 2012 [Doc 74, Adversary Proceeding].

6. Mr. Soule timely filed a Notice of Appeal on December 19, 2012 (the "Appeal) [Doc 75, Adversary Proceeding; Doc 1 Appeal]. The appeal was transferred to the United States District Court, and Mr. Soule filed his Opening Brief on March 8, 2013 [Doc 11, Appeal]. Defendants filed their Answering Brief on April 25, 2013 [Doc 17, Appeal) and Mr. Soule filed his Reply Brief on May 13, 2013 [Doc 19, Appeal].

7. While the Appeal was pending, Mr. Soule filed a Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion to Dismiss") in the High Rock Bankruptcy Proceeding on June 11, 2013 [Doc 284, High Rock Bankruptcy Proceeding]. The Motion to Dismiss was fully briefed and the Court heard arguments on it during a hearing on July 9, 2013.

8. During that hearing, Mr. Soule informed the Court, through counsel, that his intention was to dismiss voluntarily his remaining claims in the Adversary Proceeding if he prevailed in the appeal.

9. On August 16, 2013, the Court entered its Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) [Doc 309, High Rock Bankruptcy Proceeding] and its Findings of Fact and Conclusions of Law in Support of Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. [Doc 308, High Rock Bankruptcy Proceeding].

10. On July 30, 2014, the District Court entered its order granting Mr. Soule's appeal (the "District Court Order"). [Doc 21, Appeal; Doc 90, Adversary Proceeding].

11. Defendants did not file an appeal of the District Court Order, and the appeal has been closed. Accordingly, all that remains is for the Adversary Proceeding to be dismissed.

NOW, THEREFORE, in accordance with Plaintiff's representations at the July 9, 2013 hearing, Plaintiff and Defendants hereby stipulate that the above-captioned Adversary Proceeding shall be dismissed with each party to bear responsibility for its own attorneys' fees and costs. A copy of the proposed Order approving this Stipulation is attached hereto as Exhibit A.

DATED: April 3, 2015.

DOWNEY BRAND LLP

By: ______________________
SALLIE B. ARMSTRONG (Bar No. 1243)
JAMIE P. DREHER (Bar No. 8794)
MICHAEL D. KNOX (Bar No. 8143)
*Attorneys for Randy Soule*

DATED: __________, 2015.

HARTMAN & HARTMAN

BY: ______________________
JEFFREY L. HARTMAN (Bar No. 1607)
*Attorneys For Defendant High Rock Holding, LLC*

DATED: __________, 2015.

ROBISON, BELAUSTEGUI SHARP AND LOW

By: ______________________
F. DeARMOND SHARP (NV Bar No. 780)
*Attorneys for Defendant Granite Investment Group, LLC*

9. On August 16, 2013, the Court entered its Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) [Doc 309, High Rock Bankruptcy Proceeding] and its Findings of Fact and Conclusions of Law in Support of Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. [Doc 308, High Rock Bankruptcy Proceeding].

10. On July 30, 2014, the District Court entered its order granting Mr. Soule's appeal (the "District Court Order"). [Doc 21, Appeal; Doc 90, Adversary Proceeding].

11. Defendants did not file an appeal of the District Court Order, and the appeal has been closed. Accordingly, all that remains is for the Adversary Proceeding to be dismissed.

NOW, THEREFORE, in accordance with Plaintiff's representations at the July 9, 2013 hearing, Plaintiff and Defendants hereby stipulate that the above-captioned Adversary Proceeding shall be dismissed with each party to bear responsibility for its own attorneys' fees and costs. A copy of the proposed Order approving this Stipulation is attached hereto as Exhibit A.

DATED:__________, 2015.

DOWNEY BRAND LLP

By: ______________________
SALLIE B. ARMSTRONG (Bar No. 1243)
JAMIE P. DREHER (Bar No. 8794)
MICHAEL D. KNOX (Bar No. 8143)
*Attorneys for Randy Soule*

DATED: 4/1, 2015.

HARTMAN & HARTMAN

BY: [signature]
JEFFREY L. HARTMAN (Bar No. 1607)
*Attorneys For Defendant High Rock Holding, LLC*

DATED:__________, 2015.

ROBISON, BELAUSTEGUI SHARP AND LOW

By: ______________________
F. DeARMOND SHARP (NV Bar No. 780)
*Attorneys for Defendant Granite Investment Group, LLC*

9. On August 16, 2013, the Court entered its Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) [Doc 309, High Rock Bankruptcy Proceeding] and its Findings of Fact and Conclusions of Law in Support of Order Granting Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. [Doc 308, High Rock Bankruptcy Proceeding].

10. On July 30, 2014, the District Court entered its order granting Mr. Soule's appeal (the "District Court Order"). [Doc 21, Appeal; Doc 90, Adversary Proceeding].

11. Defendants did not file an appeal of the District Court Order, and the appeal has been closed. Accordingly, all that remains is for the Adversary Proceeding to be dismissed.

NOW, THEREFORE, in accordance with Plaintiff's representations at the July 9, 2013 hearing, Plaintiff and Defendants hereby stipulate that the above-captioned Adversary Proceeding shall be dismissed with each party to bear responsibility for its own attorneys' fees and costs. A copy of the proposed Order approving this Stipulation is attached hereto as Exhibit A.

DATED:__________, 2015.

DOWNEY BRAND LLP

By: ____________________
SALLIE B. ARMSTRONG (Bar No. 1243)
JAMIE P. DREHER (Bar No. 8794)
MICHAEL D. KNOX (Bar No. 8143)
*Attorneys for Randy Soule*

DATED:__________, 2015.

HARTMAN & HARTMAN

BY: ____________________
JEFFREY L. HARTMAN (Bar No. 1607)
*Attorneys For Defendant High Rock Holding, LLC*

DATED: MARCH 25 2015.

ROBISON, BELAUSTEGUI SHARP AND LOW

By: [signature]
F. DeARMOND SHARP (NV Bar No. 780)
*Attorneys for Defendant Granite Investment Group, LLC*

# Exhibit A

Exhibit A

DOWNEY BRAND LLP
SALLIE B. ARMSTRONG (Bar No. 1243)
JAMIE P. DREHER (Bar No. 8794)
100 West Liberty Street, Suite 900
Reno, NV 89501
Telephone: (775) 329-5900
Facsimile: (775) 786-5443

Attorneys for Plaintiff
*Randy Soule*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>HIGH ROCK HOLDING, LLC,<br><br>Debtor, | Case No. BK-N-09-53989-GWZ<br>Chapter Number: 11<br><br>Adv. No. 11-05073 |
| RANDY SOULE,<br><br>Plaintiff,<br><br>v.<br><br>HIGH ROCK HOLDING, LLC, a Nevada limited liability company; and GRANITE INVESTMENT GROUP, LLC, a Nevada limited liability company,<br><br>Defendants. | **ORDER APPROVING STIPULATION FOR DISMISSAL, AND DISMISSING ADVERSARY PROCEEDING** |

The Court having reviewed the Stipulation for Dismissal ("Stipulation") filed herein, and based upon Fed. R. Bankr. P. 7041, Fed. R. Civ. P. 41, and for good cause appearing, the Stipulation shall be and hereby is approved and the above captioned Adversary Proceeding shall be and hereby is dismissed.

###